# Court of Appeals, State of Michigan

## ORDER

Estate of Catherine Dawn Skidmore v Consumers Energy Company

Docket No.    323757

LC No.        2012-001595 NH

Douglas B. Shapiro
Presiding Judge

Peter D. O'Connell

Stephen L. Borrello
Judges

---

The Court orders that the motions for reconsideration are GRANTED, and this Court's opinion issued January 19, 2016 is hereby VACATED. A new opinion is attached to this order.

O'Connell, J., would deny both motions for reconsideration.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 2 4 2016
_____
Date

_____
Chief Clerk